UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                                      :   Chapter 11
                                                            :
MOSDOS CHOFETZ CHAIM INC.,                                  :   Case No. 12-23616-rdd
                                                            :   Post-Confirmation
                                         Debtor.            :
------------------------------------------------------------X
SAMUEL Z. MARKOWITZ, Individually and                       :
derivatively in his Capacity as the Sole Trustee of and     :
on behalf of Congregation Radin Development, Inc.,          :   Adv. Pro. No. 23-07005-shl
                                                            :
                                         Plaintiff,         :
            - against -                                     :
                                                            :
HENOCH ZAKS and ARYEH ZAKS, and John Does 1                 :   SO ORDERED STIPULATION
through 100 whose identity is not known at this time,       :   OF VOLUNTARY DISMISSAL
                                                            :
                                         Defendants, and    :
                                                            :
CONGREGATION RADIN DEVELOPMENT, INC.,                       :
                                                            :
                                         Nominal Defendant. :
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties to the above-captioned adversary proceeding (the "Adversary Proceeding") that the same is hereby voluntarily dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), as applicable to his adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure. Each party shall bear all its costs in connection with the Adversary Proceeding.

The bankruptcy court shall retain exclusive jurisdiction to interpret and enforce this stipulation and any dispute among the parties concerning or related to the subject matter of the Adversary Proceeding.

Dated: March 24, 2022

LEVINE & ASSOCIATES, P.C.

By: _____
Michael Levine
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-4288
Facsimile (914) 725-4778
e-mail: ml@LevLaw.org
*Counsel for Defendants*


KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP

By: _____
Tracy L. Klestadt
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone (212) 972-3000
e-mail: tklestadt@klestadt.com
*Counsel for CRDI (Nominal Defendant)*


Rivkin Law Group PLLC

By: _____
Oleg Rivkin
48 Wall Street, Suite 1100
New York, New York 10005
Telephone (212) 231-9776
e-mail: or@rivkinlawgroup.com
*Counsel for Plaintiff*


SO ORDERED:


_____
HON. SEAN H. LANE
United States Bankruptcy Judge

**LEVINE & ASSOCIATES, P.C.**

By: _____
      Michael Levine
15 Barclay Road
Scarsdale, NY 10583
Telephone (914) 600-4288
Facsimile (914) 725-4778
e-mail: ml@LevLaw.org
*Counsel for Defendants*


**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: _____
      Tracy L. Klestadt
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone (212) 972-3000
e-mail: tklestadt@klestadt.com
*Counsel for CRDI (Nominal Defendant)*


**Rivkin Law Group PLLC**

By: _____
      **Oleg Rivkin**
48 Wall Street, Suite 1100
New York, New York 10005
Telephone (212) 231-9776
e-mail: or@rivkinlawgroup.com
*Counsel for Plaintiff*


SO ORDERED:

_____
HON. SEAN H. LANE
United States Bankruptcy Judge